# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of September, two thousand twenty-two.

Before:    William J. Nardini,
              *Circuit Judge,*

_____

| | |
|---|---|
| Jeremiah Buckley, | **ORDER** |
|     Plaintiff - Appellant, | Docket No. 21-2793 |
| v. | |
| Metropolitan Transportation Authority, MTA Police Officer Stephen Mears, Shield #764, MTA Police Officer Danilo Rodriguez, Shield #2096, | |
|     Defendants - Appellees. | |

_____

    Appellant, pro se, moves for an extension of time to file his principal brief.

    IT IS HEREBY ORDERED that the motion for extension of time is GRANTED. Appellant's brief must be filed by November 18, 2022. The appeal will be dismissed effective November 18, 2022 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the previously ordered filing date. *See* Local Rule 27.1(f)(1); *cf. RLI Insurance Co. v. JDJ Marine, Inc.*, 716 F.3d 41, 43-45 (2d Cir. 2013).

                                                  For the Court:
                                                  Catherine O'Hagan Wolfe,
                                                  Clerk of Court